| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **HEAVENLY COUTURE, INC.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3267385 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **252 Forest Ave**<br>**Laguna Beach, CA 92651**<br>Number, Street, City, State & ZIP Code | **5012 E 2nd St**<br>**Long Beach, CA 90803**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **heavenlycouture.com** |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **HEAVENLY COUTURE, INC.**                                    Case number *(if known)* _____
          Name

**7.  Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **4481**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|--------|-------------|---|---|--------------|-------------|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **HEAVENLY COUTURE, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No | |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** (*Check all that apply.*) | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number, Street, City, State & ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes. Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* | |
| | ■ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |

| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| **15. Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,000 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |



Debtor    **HEAVENLY COUTURE, INC.**                                    Case number (if known) _____
_____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 14, 2018**
                        MM / DD / YYYY

_____              **Jiah Ha**
(Signature of authorized representative of debtor)    Printed name

Title   **President**

**18. Signature of attorney**    X /s/ _Michael Jones_ ☺              Date  **May 14, 2018**
                        (Signature of attorney for debtor)                        MM / DD / YYYY

**Michael Jones**
Printed name

**M. Jones & Associates, PC**
Firm name

**505 N Tustin Ave, Ste 105**
**Santa Ana, CA 92705**
Number, Street, City, State & ZIP Code

Contact phone   **714-795-2346**        Email address   **mike@MJonesOC.com**

**271574 CA**
Bar number and State



| Fill in this information to identify the case: |
| --- |

Debtor name   **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 14, 2018            X /s/ _____
                                        Signature of individual signing on behalf of debtor

                                        Jiah Ha
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | HEAVENLY COUTURE, INC. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 230 East 7th Street Associates c/o The Cohen's Organization Miami, FL 33127 | | Commercial Lease security deposit -- Key West Front Street Location | Unliquidated | $125,170.07 | $26,875.00 | $98,295.07 |
| American Express World Financial Center 200 Vesey Street New York, NY 10285 | | Business Centurion Credit Card | | | | $665,438.48 |
| American Express World Financial Center 200 Vesey Street New York, NY 10285 | | American Express Plum Credit Card | | | | $70,255.34 |
| California State Board of Equilization P.O. Box 942879 Sacramento, CA 94279-0001 | | sales tax | | | | $138,778.00 |
| Citibank 701 E. 60th Street N Sioux Falls, SD 57104 | | Citibusiness/AAdvantage Select Credit Card | | | | $50,099.40 |
| Colonial Suites, Inc. 45 NW 21st Miami, FL 33127 | | Commercial Lease obligations -- Key West 330 Duval location. Amount stated is good faith estimate of unliquidated claim related to termination of lea | Unliquidated | | | $145,188.23 |
| Corner 123 1436 S. Main St. #7 Los Angeles, CA 90015 | | Trade Vendor | | | | $38,786.50 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



Debtor    **HEAVENLY COUTURE, INC.**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Case number *(if known)* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **G & S Off Price, Inc.** 1424 S. Main Street Los Angeles, CA 90015 | | Trade Vendor | | | | $57,862.75 |
| **Green Banker LLC** 398 Primrose Rd Burlingame, CA 94010 | | Commercial Lease obligations -- Burlingame location. Amount stated is good faith estimate of unliquidated claim related to abandoned location. | Unliquidated | | | $43,601.90 |
| **Jackson Lewis LLP** 58 South Service Road, Suite 250 Melville, NY 11747 | | legal fees | | | | $30,189.95 |
| **Jiah Ha** 2 Sunrise Newport Coast, CA 92657 | | Loans to business. | | | | $1,615,007.88 |
| **Kersh** 107-8855 Laurel Street Vancouver, BC Canada, V6P 3V9 | | Trade Vendor | | | | $35,314.88 |
| **Millibon** 777 E. 10th Street #110 Los Angeles, CA 90021 | | Trade Vendor | | | | $29,769.50 |
| **One Way Fashion Inc.** 1506 S. Main St. Los Angeles, CA 90015 | | Trade Vendor | | | | $34,527.50 |
| **RGSF Granada Building, LLC** 150 Post Street, Ste 320 San Francisco, CA 94108 | | Commercial Lease security deposit -- Berkeley | Unliquidated | $73,609.66 | $9,834.54 | $63,775.12 |
| **SOB** 1504 South Main Street Los Angeles, CA 90015 | | Trade Vendor | | | | $35,775.50 |
| **Ultimate Offprice** 1615 East 15th Street Los Angeles, CA 90021 | | Trade Vendor | | | | $71,971.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



Debtor  __HEAVENLY COUTURE, INC.__                                    Case number *(if known)*  _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Bank, NA 420 Montgomery Street San Francisco, CA 94104 | | Business Credit Card account | | | | $48,900.00 |
| Wells Fargo Bank, NA 420 Montgomery Street San Francisco, CA 94104 | | Business Credit Card account | | | | $30,638.57 |
| Westwood Partners, LLC c/o Domino Realty 9990 Santa Monica Blvd. Beverly Hills, CA 90212 | | Commercial Lease security deposit -- Westwood location | Unliquidated | $56,830.88 | $13,483.00 | $43,347.88 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **HEAVENLY COUTURE, INC.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jane Yoo**<br>**2 Sunrise**<br>**Newport Coast, CA 92657** | **Common Stock** | **475** | **Equity Holder** |
| **Jiah Ha  (aka Justin Ha)**<br>**2 Sunrise**<br>**Newport Coast, CA 92657** | **Common Stock** | **475** | **Equity Holder** |
| **Sulynn Chee**<br>**2034 Hanscom Dr.**<br>**South Pasadena, CA 91030** | **Common Stock** | **50** | **Equity Holder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 14, 2018** _____    Signature _____

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Santa Ana, CA_____ , California.

Date:  __May 14, 2018_____

(Jiah Ha)
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1               F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: |
| --- |

| Debtor name | **HEAVENLY COUTURE, INC.** |
| --- | --- |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................    $     **613,913.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................    $     **613,913.02**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **575,101.23**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................    $     **140,149.65**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **3,715,513.58**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

    $     **4,430,764.46**

**Fill in this information to identify the case:**

Debtor name    **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | Cash on hand | $5,000.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | 7525 | $2,151.47 |
| 3.2. | **US Bank** | **Checking** | 8564 | $751.11 |
| 3.3. | **US Bank** | **Checking** | 6511 | $73,336.42 |
| 3.4. | **US Bank** | **Deposit Debit Account** | 6529 | $410.10 |
| 3.5. | Various Banks associated with individual store locations, with an aggregate amount of not more than the amount stated. | | | $6,000.00 |

4. Other cash equivalents *(Identify all)*



Debtor   **HEAVENLY COUTURE, INC.**
_____     Case number *(if known)* _____
Name

---

5.    **Total of Part 1.**                                              | **$87,649.10** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Commercial Lease security deposit -- Abbot Kinny Location** | $22,000.00 |
| 7.2. | **Commercial Lease security deposit -- Balboa Island location** | $7,000.00 |
| 7.3. | **Commercial Lease security deposit -- Belmont Shore location** | $9,400.00 |
| 7.4. | **Commercial Lease security deposit -- Berkeley** | $9,834.54 |
| 7.5. | **Commercial Lease security deposit -- Brentwood location** | $9,177.00 |
| 7.6. | **Commercial Lease security deposit -- Buringame location** | $0.00 |
| 7.7. | **Commercial Lease security deposit -- Huntington Beach Warehouse** | $6,000.00 |
| 7.8. | **Commercial Lease security deposit -- 3001 Enterprise Street, Brea location** | $0.00 |
| 7.9. | **Commercial Lease security deposit -- Danville Location** | $10,945.52 |
| 7.10. | **Commercial Lease security deposit -- Key West 513 Duval Location** | $0.00 |
| 7.11. | **Commercial Lease security deposit -- Key west 330 Duval location** | $22,575.00 |

---

Debtor    **HEAVENLY COUTURE, INC.**    Case number *(if known)* _____
      Name

| 7.12 | Commercial Lease security deposit -- Key West Front Street Location | $26,875.00 |
|---|---|---|
| 7.13 | Commercial Lease security deposit -- Gaslamp District | $7,497.35 |
| 7.14 | Commercial Lease security deposit -- Huntington Beach location | $7,177.50 |
| 7.15 | Commercial Lease security deposit -- La Jolla location | $11,602.50 |
| 7.16 | Commercial Lease security deposit -- Laguna Beach location | $6,600.00 |
| 7.17 | Commercial Lease security deposit -- Larchmont location | $11,140.00 |
| 7.18 | Commercial Lease security deposit -- Manhattan Beach Location | $8,000.00 |
| 7.19 | Commercial Lease security deposit -- Newport Beach location | $1,050.00 |
| 7.20 | Commercial Lease security deposit -- Palm Springs location | $5,270.01 |
| 7.21 | Commercial Lease security deposit -- Pasadena location | $13,500.00 |
| 7.22 | Commercial Lease security deposit -- Palm Desert Location | $0.00 |
| 7.23 | Commercial Lease security deposit -- Redondo Beach location | $5,544.00 |
| 7.24 | Commercial Lease security deposit -- San Clemente location | $13,400.00 |
| 7.25 | Commercial Lease security deposit -- Santa Barbara location | $6,692.00 |

Debtor    **HEAVENLY COUTURE, INC.**                              Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 7.26. | **Commercial Lease security deposit -- Santa Cruz location** | $3,965.50 |
| 7.27. | **Commercial Lease security deposit -- Seal Beach location** | $3,500.00 |
| 7.28. | **Commercial Lease security deposit -- San Luis Obispo location** | $7,852.00 |
| 7.29. | **Commercial Lease security deposit -- Ventura location** | $3,278.00 |
| 7.30. | **Commercial Lease security deposit -- Westminster location** | $0.00 |
| 7.31. | **Commercial Lease security deposit -- Westwood location** | $13,483.00 |
| 7.32. | **Utility Deposits** | $160.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.    **Prepayment of Lease obligations on Manhatten Beach location**                    $3,875.00

9.      **Total of Part 2.**                                                          | $257,393.92 |
        Add lines 7 through 8. Copy the total to line 81.

Part 3:      **Accounts receivable**
10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Part 4:      **Investments**
13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5:      **Inventory, excluding agriculture assets**
18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor    **HEAVENLY COUTURE, INC.**    Case number *(if known)* _____
_____
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale**<br>**Inventory held for sale.**<br>**Amount stated is**<br>**consolidated from all**<br>**locations** | **c. April 30 2018** | **$0.00** | **Recent cost** | **$235,000.00** |

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $235,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture** | **$0.00** | **Liquidation** | **$500.00** |
| 40. **Office fixtures**<br>**Retail display fixtures.  Amount stated is good**<br>**faith estimate of debtor for liquidated value** | **$0.00** | | **$10,000.00** |
| 41. **Office equipment, including all computer equipment and**<br>**communication systems equipment and software** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **HEAVENLY COUTURE, INC.** | | Case number *(if known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Office equipment, computer and communcation systems equipment, and software.  Amount stated is good faith estimate of liqudated value | | $0.00 | Liquidation | $2,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other.collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $12,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 1500 Cargo Van.  Valuation from KBB.com** | $0.00 | | $3,654.00 |
| 47.2. | **GMC 1500 Cargo van.  Valuation from KBB.com** | $0.00 | | $4,449.00 |
| 47.3. | **Ford commercial cargo van, 2006. valuation from kbb.com** | $0.00 | | $5,510.00 |
| 47.4. | **2012 Kia Sorento.  Valuation from KBB.com** | $0.00 | | $7,757.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
|---|---|---|
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $21,370.00 |

Debtor    **HEAVENLY COUTURE, INC.**                                Case number *(if known)* _____
_____
        Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

        ■ No. Go to Part 10.
        ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ☐ No. Go to Part 11.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark of name "Heavenly Couture"** | $0.00 | | Unknown |
| 61.    **Internet domain names and websites**<br>**Interest in heavenlycouture.com and**<br>**getheavenly.com.** | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer and email list.  List is**<br>**non-transferable by its terms.  Provided for**<br>**disclosure purposes.** | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill**<br>**Debtor attempted to sell stores, and had no**<br>**offers.  Accordingly, in good faith, the Debtor**<br>**estimates no goodwill valuation.** | $0.00 | | $0.00 |

66.    **Total of Part 10.**                                                                                    $0.00

        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No

Debtor   **HEAVENLY COUTURE, INC.**                                      Case number *(if known)* _____
         Name

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Potential net operating losses in an unknown amount.**<br>**Amount is unknown because company books have not**<br>**closed for 2018.**  Tax year _____ | **Unknown** |
| 73. | **Interests in insurance policies or annuities**<br>**"Key Man" term life insurance policies on primary**<br>**equity holders and operators, but with no cash value.**<br>**Provided for disclosure purposes.** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes



Debtor  **HEAVENLY COUTURE, INC.**                                    Case number *(If known)* _____
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $87,649.10 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $257,393.92 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $235,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $12,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $21,370.00 | |
| 88. Real property. *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $613,913.02 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $613,913.02 |



Fill in this information to identify the case:

Debtor name    **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **230 East 7th Street Associates**<br>Creditor's Name<br>**c/o The Cohen's Organization**<br>**Miami, FL 33127**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Commercial Lease security deposit -- Key west 330 Duval location**<br><br>Describe the lien | $14,699.92 | $22,575.00 |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2**  **230 East 7th Street Associates**<br>Creditor's Name<br>**c/o The Cohen's Organization**<br>**Miami, FL 33127**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Commercial Lease security deposit -- Key West Front Street Location**<br><br>Describe the lien | $125,170.07 | $26,875.00 |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **HEAVENLY COUTURE, INC.** _____    Case number (if known) _____
          Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **34 East Colorado LLC** | Describe debtor's property that is subject to a lien | $37,032.69 | $13,500.00 |
|---|---|---|---|---|

Creditor's Name

**16367 Colegio Drive**
**Hacienda Heights, CA**
**91745**
Creditor's mailing address

**Commercial Lease security deposit --**
**Pasadena location**

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Allen C. Weiss** | Describe debtor's property that is subject to a lien | $2,625.76 | $1,050.00 |
|---|---|---|---|---|

Creditor's Name

**205 N. Stephanie Street,**
**#189**
**Henderson, NV 89074**
Creditor's mailing address

**Commercial Lease security deposit --**
**Newport Beach location**

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **American Comm. Equities LLC** | Describe debtor's property that is subject to a lien | $4,055.85 | $3,278.00 |
|---|---|---|---|---|

Creditor's Name

**22917 Pacific Coast Hwy,**
**Ste 300**
**Malibu, CA 90265**
Creditor's mailing address

**Commercial Lease security deposit -- Ventura**
**location**

Describe the lien _____

Is the creditor an insider or related party?
☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **HEAVENLY COUTURE, INC.**                                    Case number (if know) _____

_____
Name

| | | | |
|---|---|---|---|
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☑ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☑ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.6 | **American Comm. Equities, LLC** | **Describe debtor's property that is subject to a lien** | **$20,071.92** | **$11,140.00** |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit -- Larchmont location** | | |
| | **22917 Pacific Coast Hwy, Ste 300 Malibu, CA 90265** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☑ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **Article Third Trust** | **Describe debtor's property that is subject to a lien** | **$15,515.20** | **$9,400.00** |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit -- Belmont Shore location** | | |
| | **c/o Mr. Allan Scherer 232 West Indies Drive Palm Beach, FL 33480** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☑ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.8 | **DH Investors LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$10,945.52** |
|---|---|---|---|---|

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 3 of 11

Debtor  **HEAVENLY COUTURE, INC.**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | |
| **c/o Castle Companies** **12885 Alcosta Blvd, Ste A** **San Ramon, CA 94583** | **Commercial Lease security deposit -- Danville Location** |
| Creditor's mailing address | |

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **FM Catalina, LLC** | Describe debtor's property that is subject to a lien | $10,292.00 | $5,544.00 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit --** **Redondo Beach location** | | |
| | **1559 S. Sepulveda Blvd.** **Los Angeles, CA 90025** | | | |
| | Creditor's mailing address | | | |

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Gorbrand Lafayette LLC** | Describe debtor's property that is subject to a lien | $32,209.20 | $9,177.00 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit --** **Brentwood location** | | |
| | **c/o Domino Realty** **9990 Santa Monica Blvd.** **Beverly Hills, CA 90212** | | | |
| | Creditor's mailing address | | | |

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 11

Debtor  **HEAVENLY COUTURE, INC.**                    Case number (if known) _____
_____
Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

---

| 2.1 1 | **GRIT PS Asset Management** | Describe debtor's property that is subject to a lien | $8,638.47 | $5,270.01 |
|---|---|---|---|---|

Creditor's Name

**201 N. Palm Canyon Drive, Ste 250**
**Palm Springs, CA 92262**
Creditor's mailing address

**Commercial Lease security deposit -- Palm Springs location**

Describe the lien
_____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

---

| 2.1 2 | **International Delivery Solutions LL** | Describe debtor's property that is subject to a lien | $33,248.10 | $7,177.50 |
|---|---|---|---|---|

Creditor's Name

**PO Box 420**
**Oak Creek, WI 53154**
Creditor's mailing address

**Commercial Lease security deposit -- Huntington Beach location**

Describe the lien
_____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

---

| 2.1 3 | **James S Maslon** | Describe debtor's property that is subject to a lien | Unknown | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

**5517 Ocean Front Walk**
**Marina Del Rey, CA 90292**
Creditor's mailing address

**Commercial Lease security deposit -- Abbot Kinny Location**

Describe the lien
_____

---

Debtor    **HEAVENLY COUTURE, INC.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾     Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

|  |  |  |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |

---

| 2.1<br>4 | **Kinnear Davidson Investments**<br>Creditor's Name<br><br>**817 East Yanonali Street**<br>**Santa Barbara, CA 93103**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Commercial Lease security deposit -- Santa Barbara location**<br><br>**Describe the lien** | **$15,195.52** | **$6,692.00** |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

| 2.1<br>5 | **LST Investments**<br>Creditor's Name<br><br>**93 Rivo Alto Canal**<br>**Long Beach, CA 90803**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Commercial Lease security deposit -- Seal Beach location**<br><br>**Describe the lien** | **$4,213.00** | **$3,500.00** |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **HEAVENLY COUTURE, INC.**                                   Case number (if known) _____
         Name

---

| 2.16 | | | | |
|---|---|---|---|---|
| **Mx3 Ventures, LLC** | | | $32,033.56 | $7,000.00 |

Creditor's Name

**Attn. Sebastian Moshayedi
2505 W Coast Highway, Ste 201
Newport Beach, CA 92663**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Commercial Lease security deposit — Balboa Island location**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.17 | | | | |
|---|---|---|---|---|
| **P Neary LLC** | | | $5,006.30 | $3,965.50 |

Creditor's Name

**c/o Redtree Partners LP
1362 Pacific Avenue
Santa Cruz, CA 95060**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Commercial Lease security deposit — Santa Cruz location**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.18 | | | | |
|---|---|---|---|---|
| **Pref Bridge Works, LLC** | | | $12,653.79 | $7,497.35 |

Creditor's Name

**c/o Kidder Matthews
12230 El Camino Real, 4th Floor
San Diego, CA 92130**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Commercial Lease security deposit — Gaslamp District**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page  7 of 11

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Debtor** <u>HEAVENLY COUTURE, INC.</u>                                      **Case number** *(if known)* _____
          Name

Date debt was incurred                     ☐ No
                                           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.19**  **Realonomics Corporation**                Describe debtor's property that is subject to a lien      $10,600.00      $6,600.00
         Creditor's Name                              **Commercial Lease security deposit -- Laguna**
         **2816 East Coast Highway,**                 **Beach location**
         **Ste 1**
         **Corona Del Mar, CA 92625**
         Creditor's mailing address                   Describe the lien

                                                       Is the creditor an insider or related party?
                                                       ■ No
         Creditor's email address, if known           ☐ Yes
                                                       Is anyone else liable on this claim?
         Date debt was incurred                        ☐ No
                                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
         Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.20**  **RGSF Granada Building,**                Describe debtor's property that is subject to a lien      $73,609.66      $9,834.54
         **LLC**
         Creditor's Name                              **Commercial Lease security deposit --**
                                                       **Berkeley**
         **150 Post Street, Ste 320**
         **San Francisco, CA 94108**
         Creditor's mailing address                   Describe the lien

                                                       Is the creditor an insider or related party?
                                                       ■ No
         Creditor's email address, if known           ☐ Yes
                                                       Is anyone else liable on this claim?
         Date debt was incurred                        ☐ No
                                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
         Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.21**  **Rick Franks**                           Describe debtor's property that is subject to a lien      $9,116.00      $13,400.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **HEAVENLY COUTURE, INC.**                                    Case number (if know)

Creditor's Name

**Frank & Associates**
**128 Avenida Del Mar #2A**
**San Clemente, CA 92672**

Creditor's mailing address

**Commercial Lease security deposit -- San Clemente location**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 2 | **Riddle & Ross Trust Account** | | **Unknown** | **$8,000.00** |
|---|---|---|---|---|

Creditor's Name

**1413 North Sepulveda Blvd**
**Manhattan Beach, CA 90266**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Commercial Lease security deposit -- Manhattan Beach Location**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 3 | **ROSA 1025 Prospect Limited Partners** | | **$31,180.00** | **$11,602.50** |
|---|---|---|---|---|

Creditor's Name

**c/o Trigild**
**9339 Genesee Avenue, Ste 130**
**San Diego, CA 92121**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Commercial Lease security deposit -- La Jolla location**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D            Additional Page of Schedule D: Creditors Who Have Claims Secured by Property            page 9 of 11

Debtor **HEAVENLY COUTURE, INC.**
_____Name_____

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | □ Disputed |

---

| 2.24 | **Warden Building- San Luis Obispo LP** | Describe debtor's property that is subject to a lien | $10,928.00 | $7,852.00 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit -- San Luis Obispo location** | | |
| | **c/o Rossi Enterprises** **750 Pisma Street** **San Luis Obispo, CA 93401** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | □ Disputed |

---

| 2.25 | **Westminster Mall, LLC** | Describe debtor's property that is subject to a lien | $10,175.34 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit -- Westminster location** | | |
| | **PO Box 809038** **Chicago, IL 60680-9038** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | □ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | □ Disputed |

---

| 2.26 | **Westwood Partners, LLC** | Describe debtor's property that is subject to a lien | $56,830.88 | $13,483.00 |
|---|---|---|---|---|
| | Creditor's Name | **Commercial Lease security deposit -- Westwood location** | | |
| | **c/o Domino Realty** **9990 Santa Monica Blvd.** **Beverly Hills, CA 90212** | | | |

Debtor   **HEAVENLY COUTURE, INC.**

_____   Case number (if known) _____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$575,101.23** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Deborah LaShever**<br>**203 Market Street**<br>**Santa Cruz, CA 95060** | Line **2.13** | |

Fill in this information to identify the case:

Debtor name  **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California State Board of Equilization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$138,778.00** | **$138,778.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**California State Board of Equilization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,117.00** | **$1,117.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor  **HEAVENLY COUTURE, INC.**  Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.65 | $254.65 |
|---|---|---|---|---|

**California State Board of Equilization**
P.O. Box 25111
Santa Ana, CA 92799-5111

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **sales tax** |

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,719.25 |
|---|---|---|---|

**2.7 August Apparel**
3775 Broadway Place
Los Angeles, CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**200 Main Street LLC**
Attn. Robert Koury
200 Main Street, Ste 206
Huntington Beach, CA 92648

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Commercial Lease obligations -- Huntington Beach location.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,476.90 |
|---|---|---|---|

**Access Headwear**
13758 Amarillo Ave.
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665,438.48 |
|---|---|---|---|

**American Express**
World Financial Center
200 Vesey Street
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **Business Centurion Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,255.34 |
|---|---|---|---|

**American Express**
World Financial Center
200 Vesey Street
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  **American Express Plum Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HEAVENLY COUTURE, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.6** | Nonpriority creditor's name and mailing address
**Ana Accessories/Girly Accessories**
**940 Crocker Street, #101**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$14,414.25**

---

**3.7** | Nonpriority creditor's name and mailing address
**Andrea Bijoux**
**1001 S. Crocker Street, Unit #08**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address
**Annabelle**
**800 E. 12th Street, # 133**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,324.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Audrey 3+1**
**1100 S. San Pedro N-07**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,519.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Audrey 3+1**
**1100 S. San Pedro N-07**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Avital**
**1145 S. Wall Street, # A**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,920.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Avital**
**1145 S. Wall Street, # A**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,515.55**

---



Debtor  **HEAVENLY COUTURE, INC.**                                Case number (if known) _____
_____
        Name

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,370.75** |

**3.13** Nonpriority creditor's name and mailing address

**Banjul Inc.**
**1001 S. Towne Ave., Suite 109**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,370.75**

---

**3.14** Nonpriority creditor's name and mailing address

**Basix of America LLC**
**2778 NW 31st Avenue**
**Lauderdale Lakes, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,931.19**

---

**3.15** Nonpriority creditor's name and mailing address

**Bay Cities Refuse**
**2525 Garden Tract Road**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **waste removal**

Is the claim subject to offset? ■ No ☐ Yes

**$355.50**

---

**3.16** Nonpriority creditor's name and mailing address

**Be Cool Manufacture**
**1016 S. Towne Ave #116**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,220.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Bear Dance**
**807 E. 12th Street #117**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** Nonpriority creditor's name and mailing address

**Bella & Company**
**810 E. Pico Blvd., Suite 303**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$14,754.15**

---

**3.19** Nonpriority creditor's name and mailing address

**Brandon Off Price**
**1418 S Main Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,873.00**

---

Debtor  **HEAVENLY COUTURE, INC.**                    Case number (if known) _____
_____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,209.50 |
|---|---|---|---|

**3.20** Nonpriority creditor's name and mailing address
**C. Luce**
**1016 S. Towne Ave. #108**
**Los Angeles, CA 90021**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,209.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade Vendor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Celebrity Pink**
**792 E. 12th Street**
**Los Angeles, CA 90021**

As of the petition filing date, the claim is: *Check all that apply.*  **$6,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade Vendor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Chioah**
**777 E. 10th St., # 105**
**Los Angeles, CA 90021**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,910.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade Vendor__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**Citibank**
**701 E. 60th Street N**
**Sioux Falls, SD 57104**

As of the petition filing date, the claim is: *Check all that apply.*  **$50,099.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _1876_

Basis for the claim:  __Citibusiness/AAdvantage Select Credit Card__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**City of Key West**
**P.O. Box 1409**
**Key West, FL 33041**

As of the petition filing date, the claim is: *Check all that apply.*  **$200.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __fees__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**City of Newport Beach**
**P.O. Box 4923**
**Whittier, CA 90607**

As of the petition filing date, the claim is: *Check all that apply.*  **$50.92**
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __utilities__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**City of Redondo Beach**
**File 50671**
**Los Angeles, CA 90074-0671**

As of the petition filing date, the claim is: *Check all that apply.*  **$435.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __license__
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **HEAVENLY COUTURE, INC.**                                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |
|---|---|---|---|

**City of Santa Barbara**
P.O. Box 1990
Santa Barbara, CA 93102-1990

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **license**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,421.00 |
|---|---|---|---|

**Clothing by Frenzii d**
905 S. Mateo Street, Unit C
Los Angeles, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,188.23 |
|---|---|---|---|

**Colonial Suites, Inc.**
45 NW 21st
Miami, FL 33127

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- ■ Unliquidated
- [ ] Disputed

Basis for the claim:  **Commercial Lease obligations -- Key West 330 Duval location.  Amount stated is good faith estimate of unliquidated claim related to termination of lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,786.50 |
|---|---|---|---|

**Corner 123**
1436 S. Main St. #7
Los Angeles, CA 90015

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**County of Alameda, Wts. & Measures**
224 West Winton Avenue, Room 184
Hayward, CA 94544

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,415.00 |
|---|---|---|---|

**Cozy Casual**
800 E. 12th Street. STE #146
Los Angeles, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,368.00 |
|---|---|---|---|

**Dash Clothing**
1384 Broadway #1209
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes



Debtor  **HEAVENLY COUTURE, INC.**                                   Case number (if known) _____
        _____
        Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,928.00 |
|---|---|---|---|

**3.34**

Nonpriority creditor's name and mailing address
**Do & Be**
**1016 S. Towne Avenue, #101**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,928.00**

---

**3.35**

Nonpriority creditor's name and mailing address
**Double Zero, Inc.**
**1015 S. Crocker St., #Q-28**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,818.60**

---

**3.36**

Nonpriority creditor's name and mailing address
**DPM Fragrance**
**P.O. Box 6445**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,041.58**

---

**3.37**

Nonpriority creditor's name and mailing address
**Edge Realty Partners Austin LLC**
**515 Congress Avenue, Suite 2325**
**Austin, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **real estate commissions**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.38**

Nonpriority creditor's name and mailing address
**Emory Park**
**1169 Crocker St**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$740.50**

---

**3.39**

Nonpriority creditor's name and mailing address
**Etophe Studios**
**1165 1/5 Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,214.00**

---

**3.40**

Nonpriority creditor's name and mailing address
**Eugene Muntean**
**PO Box 213**
**Big Bear City, CA 92314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Commercial Lease obligations -- Manhattan Beach location. Amount stated is good faith estimate of the lease arrears.**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,766.00**



Debtor **HEAVENLY COUTURE, INC.**
_____    Case number (if known) _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,487.50 |

**3.41**

Nonpriority creditor's name and mailing address
**Event**
**750-1 E. 12th St.**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$4,487.50

---

**3.42**

Nonpriority creditor's name and mailing address
**Fame Accessories**
**948 Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$20,345.20

---

**3.43**

Nonpriority creditor's name and mailing address
**Fashion River Co. LTD.**
**499 Seventh Avenue, Floor 13S**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,958.00

---

**3.44**

Nonpriority creditor's name and mailing address
**Fashion Stop**
**110 E. 15th Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$13,752.25

---

**3.45**

Nonpriority creditor's name and mailing address
**Fashion Street**
**127 N. Stanley Drive**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,215.00

---

**3.46**

Nonpriority creditor's name and mailing address
**Fast Turn Wholesale**
**17709 East Valley Blvd.**
**City of Industry, CA 91744**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$12,412.60

---

**3.47**

Nonpriority creditor's name and mailing address
**FavLux**
**1015 S Crocker St., #Q-28**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$17,404.00

---

Debtor    **HEAVENLY COUTURE, INC.**                              Case number (if known) _____
            Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,013.25 |
|------|---|---|---|

**3.48**  Nonpriority creditor's name and mailing address
**FavLux**
1015 S. Crocker St., #Q-28
Los Angeles, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$13,013.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49**  Nonpriority creditor's name and mailing address
**Federal Express**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$10,902.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address
**FRNCH**
999 S. Meridian Avenue
Alhambra, CA 91803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$3,774.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address
**FV Eyewear, Inc.**
425 S. Los Angeles St., Unit C
Los Angeles, CA 90013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$16,981.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**  Nonpriority creditor's name and mailing address
**G & S Off Price, Inc.**
1424 S. Main Street
Los Angeles, CA 90015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$57,862.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53**  Nonpriority creditor's name and mailing address
**Goldspark**
1828 E 58th Place
Los Angeles, CA 90001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$9,490.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**  Nonpriority creditor's name and mailing address
**Green Banker LLC**
398 Primrose Rd
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$43,601.90**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease obligations -- Burlingame location.**
**Amount stated is good faith estimate of unliquidated claim related to**
**abandoned location.**

Is the claim subject to offset? ■ No ☐ Yes



Debtor    **HEAVENLY COUTURE, INC.**                                    Case number (if known) _____
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.50 |
|---|---|---|---|

**HYFVE**
**1015 S. Crocker Street, #Q-28**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,245.50 |
|---|---|---|---|

**In & Out Fashion Wholesale**
**1413 S. Los Angeles**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,189.95 |
|---|---|---|---|

**Jackson Lewis LLP**
**58 South Service Road, Suite 250**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,615,007.88 |
|---|---|---|---|

**Jiah Ha**
**2 Sunrise**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loans to business.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,925.39 |
|---|---|---|---|

**Joia Trading, Inc.**
**1020 South Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,700.00 |
|---|---|---|---|

**Jolie**
**1100 S. San Pedro St. #D3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,692.00 |
|---|---|---|---|

**Kang's Enterprises, Inc.**
**3107 S. Newton Street, #47**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---



Debtor    **HEAVENLY COUTURE, INC.**                                        Case number (if known) _____
          Name

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,314.88 |
|------|---|---|---|

**Kersh**
**107-8855 Laurel Street**
**Vancouver, BC Canada, V6P 3V9**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,262.00 |
|------|---|---|---|

**Killer Deals Inc.**
**1005 E. 14th Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.50 |
|------|---|---|---|

**Killer Deals Inc.**
**1005 E. 14th Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,347.00 |
|------|---|---|---|

**KKGM, Inc.**
**2390 E. 48th St.**
**Vernon, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,394.65 |
|------|---|---|---|

**Koeun Printing**
**11754-C Artesia Boulevard**
**Artesia, CA 90701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **printing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,938.00 |
|------|---|---|---|

**Labijou dba Apparel Ave**
**1168 S. Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,119.00 |
|------|---|---|---|

**Le Lis**
**2939 Bandini Blvd.**
**Vernon, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes



| Debtor | **HEAVENLY COUTURE, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,126.50 |
|---|---|---|---|

**Lee, Hong. Degerman,**
**Kang & Waimey**
**660 S. Figueroa Street, Suite 2300**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,093.00 |
|---|---|---|---|

**Lime N Chili**
**1029 Towne Avenue**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,290.00 |
|---|---|---|---|

**Love Tree Fashion, Inc.**
**1053 S. Towne Avenue**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,383.00 |
|---|---|---|---|

**Lulumari**
**754 E. 12th St., #2**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,967.00 |
|---|---|---|---|

**Michel**
**727 E. Pico Blvd. #7**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,769.50 |
|---|---|---|---|

**Millibon**
**777 E. 10th Street #110**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,826.75 |
|---|---|---|---|

**Mod Ref**
**2078 Compton Ave.**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes



Debtor   **HEAVENLY COUTURE, INC.**                                    Case number (if known)
         _____
         Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,148.00 |
|---|---|---|---|

**Monkey Ride Jeans**
1001 Towne Avenue, # 111
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,627.00 |
|---|---|---|---|

**Mustard Seed**
1016 S. Towne Avenue, #119
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,604.30 |
|---|---|---|---|

**MV Sport dba David Peyser Sportswear**
88 Spence Street, PO Box 9171
Bay Shore, NY 11706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,862.00 |
|---|---|---|---|

**My Style by Celia**
120 E. 14th Street
Los Angeles, CA 90013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,219.25 |
|---|---|---|---|

**Naked Zebra**
1132 S. Crocker Street
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevell Group Inc.**
c/o HPA Realty, Inc.
915 W Imperial Hwy, Ste 165
Brea, CA 92821

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Lease obligations -- Brea location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,681.00 |
|---|---|---|---|

**Newbury Kustom**
1015 Crocker Street, # Q-06
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes



Debtor    **HEAVENLY COUTURE, INC.**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.83** | Nonpriority creditor's name and mailing address

**Nu Label dba Cotton Bleu**
**4383 Fruitland Ave.**
**Vernon, CA 90058, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,871.50

---

**3.84** | Nonpriority creditor's name and mailing address

**Olive Scent**
**1015 Crocker Street, R31**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,047.50

---

**3.85** | Nonpriority creditor's name and mailing address

**One Way Fashion Inc.**
**1506 S. Main St.**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$34,527.50

---

**3.86** | Nonpriority creditor's name and mailing address

**Palm Corner Associates**
**121 S. Palm Canyon Drive, Ste 216**
**Palm Springs, CA 92262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease obligations -- Palm Springs # 2**
**location. Amount stated is good faith estimate of the lease arrears.**

Is the claim subject to offset? ■ No ☐ Yes

$7,945.10

---

**3.87** | Nonpriority creditor's name and mailing address

**Paper Crane**
**2050 E. 51st Street**
**Vernon, CA 90058, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$23,266.00

---

**3.88** | Nonpriority creditor's name and mailing address

**Peach Love Cream California**
**1015 S. Crocker St. #Q17**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

**3.89** | Nonpriority creditor's name and mailing address

**Pink Martini Collection**
**2782A Dufferin Street**
**Toronto, ON M6B 3R7**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$7,177.50

---

Debtor  **HEAVENLY COUTURE, INC.**
_____
Name                                                    Case number (if known) _____

---

**3.90**  Nonpriority creditor's name and mailing address
Potter's Pot
1015 S. Crocker Street, #Q-1
Los Angeles, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,512.50

---

**3.91**  Nonpriority creditor's name and mailing address
Precision Security
300 S. Lemon Crest Drive, Suite A
Walnut, CA 91789

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **alarm services**

Is the claim subject to offset? ■ No  ☐ Yes

$6,378.69

---

**3.92**  Nonpriority creditor's name and mailing address
Protection One
P.O. Box 219044
Kansas City, MO 64121-9044

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **alarm services**

Is the claim subject to offset? ■ No  ☐ Yes

$181.60

---

**3.93**  Nonpriority creditor's name and mailing address
Puzzles Enterprises
3022 S. Grand Avenue
Los Angeles, CA 90007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,770.80

---

**3.94**  Nonpriority creditor's name and mailing address
Puzzles Enterprises
3022 S. Grand Avenue
Los Angeles, CA 90007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,446.00

---

**3.95**  Nonpriority creditor's name and mailing address
RGIS
P.O. Box 77631
Detroit, MI 48277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **inventory stock services**

Is the claim subject to offset? ■ No  ☐ Yes

$9,181.28

---

**3.96**  Nonpriority creditor's name and mailing address
Saachi
450 Barell Avenue
Carlstadt, NJ 07072

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,493.00



Debtor  **HEAVENLY COUTURE, INC.**                                Case number (if known) _____
_____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,040.50 |

**3.97**

Nonpriority creditor's name and mailing address
**Secret Charm LLC**
**1433 E. Walnut Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$16,040.50

---

**3.98**

Nonpriority creditor's name and mailing address
**Select Clothing Co., Inc.**
**320 E. 18th Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$19,416.00

---

**3.99**

Nonpriority creditor's name and mailing address
**Sensemill Inc.**
**1458 S. San Pedro Street, # L46**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$7,020.00

---

**3.100**

Nonpriority creditor's name and mailing address
**Shark Eyes Inc.**
**2110 East 25th Street**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,538.80

---

**3.101**

Nonpriority creditor's name and mailing address
**SOB**
**1504 South Main Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$35,775.50

---

**3.102**

Nonpriority creditor's name and mailing address
**Staples Bus Advntg**
**P.O. Box 83689**
**Chicago, IL 60696-3689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supples**

Is the claim subject to offset? ■ No ☐ Yes

$4,957.47

---

**3.103**

Nonpriority creditor's name and mailing address
**Star of India, Inc. dba Angie**
**P.O. Box 28330**
**Tempe, AZ 85285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,856.00



Debtor  **HEAVENLY COUTURE, INC.**
      Name                                                    Case number (if known) _____

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,210.00 |
|---|---|---|---|

**3.104**
Nonpriority creditor's name and mailing address
**Storia**
**1015 Crocker St., Unit S-08**
**3rd Floor**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**
Is the claim subject to offset? ■ No ☐ Yes

$3,210.00

---

**3.105**
Nonpriority creditor's name and mailing address
**Sub-Zero Inc.**
**6003 Peninsular Avenue, #5**
**Key West, FL 33040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **a/c repair services**
Is the claim subject to offset? ■ No ☐ Yes

$861.20

---

**3.106**
Nonpriority creditor's name and mailing address
**Symell Inc.**
**2648 Chico Ave., S**
**El Monte, CA 91733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**
Is the claim subject to offset? ■ No ☐ Yes

$791.00

---

**3.107**
Nonpriority creditor's name and mailing address
**Tasha, Inc.**
**1521 South Los Angeles Street #A**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**
Is the claim subject to offset? ■ No ☐ Yes

$8,408.50

---

**3.108**
Nonpriority creditor's name and mailing address
**TCEC**
**1016 S. Towne Ave. #108**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**
Is the claim subject to offset? ■ No ☐ Yes

$3,552.25

---

**3.109**
Nonpriority creditor's name and mailing address
**The Colonnade on El Paseo, LP**
**c/o Aflalo**
**333 S. Beverly drive, Ste 205**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease obligations -- Palm Desert location**
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110**
Nonpriority creditor's name and mailing address
**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **workers compensation insurance**
Is the claim subject to offset? ■ No ☐ Yes

$19,610.00

| Debtor | **HEAVENLY COUTURE, INC.** | Case number (if known) | |
|--------|----------------------------|------------------------|--|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,879.50 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **The Pack America** | ☐ Contingent | |
| | **3848 Del Amo Blvd., Suite 322** | ☐ Unliquidated | |
| | **Torrance, CA 90503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **store supplies** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Timing** | ☐ Contingent | |
| | **2809 S. Santa Fe Avenue** | ☐ Unliquidated | |
| | **Vernon, CA 90058** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,669.60 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Tres Bien** | ☐ Contingent | |
| | **1016 Towne Ave. #113** | ☐ Unliquidated | |
| | **Los Angeles, CA 90021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,764.70 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Tresics** | ☐ Contingent | |
| | **5080 S. Alameda Street** | ☐ Unliquidated | |
| | **Vernon, CA 90058** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,971.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Ultimate Offprice** | ☐ Contingent | |
| | **1615 East 15th Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.21 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Veriship** | ☐ Contingent | |
| | **10000 College Blvd., Suite 235** | ☐ Unliquidated | |
| | **Overland Park, KS 66210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **fedex auditing company** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,214.50 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|-----------|
| | **Vertishop** | ☐ Contingent | |
| | **2001 S. Santa Fe Avenue, Unit D** | ☐ Unliquidated | |
| | **Los Angeles, CA 90021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **photography services** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **HEAVENLY COUTURE, INC.**                          Case number (if known) _____
_____
        Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,366.00 |
|---|---|---|---|

**Verty**
**777 E. 12th Street, #1-13**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.00 |
|---|---|---|---|

**Viola**
**807 E. 12th Street #102**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,015.00 |
|---|---|---|---|

**Wasabi + Mint**
**1015 Crocker St., #S-15**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,638.57 |
|---|---|---|---|

**Wells Fargo Bank, NA**
**420 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2696**

Basis for the claim:  **Business Credit Card account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,900.00 |
|---|---|---|---|

**Wells Fargo Bank, NA**
**420 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6664**

Basis for the claim:  **Business Credit Card account**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**Customer Care**<br>**PO Box 901535**<br>**El Paso, TX 79998-1535** | Line **3.4**<br>☐  Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>**Customer Care**<br>**PO Box 901535**<br>**El Paso, TX 79998-1535** | Line **3.5**<br>☐  Not listed. Explain ____ | _ |



| Debtor | **HEAVENLY COUTURE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.3 | **CitiBusiness** PO Box 790046 Saint Louis, MO 63179 | Line **3.23** | _ |
| | | ☐ Not listed. Explain ____ | |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 140,149.65 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,715,513.58 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 3,855,663.23 |

Fill in this information to identify the case:

Debtor name    **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease on retail location.** |
| | State the term remaining | **End of term - April 2022** |
| | List the contract number of any government contract | |

**200 Main Street LLC**
**Attn. Robert Koury**
**200 Main Street, Ste 206**
**Huntington Beach, CA 92648**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease on retail location.** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**34 East Colorado LLC**
**16367 Colegio Drive**
**Hacienda Heights, CA 91745**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease on retail location.** |
| | State the term remaining | **ends May 2020** |
| | List the contract number of any government contract | |

**Allen C. Weiss**
**205 N. Stephanie Street, #189**
**Henderson, NV 89074**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease on retail location.** |
| | State the term remaining | **ends Feb 2020** |
| | List the contract number of any government contract | |

**American Comm. Equities LLC**
**22917 Pacific Coast Hwy, Ste 300**
**Malibu, CA 90265**

Debtor 1  **HEAVENLY COUTURE, INC.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

▮ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | ends June 2020 | American Comm. Equities, LLC |
| | List the contract number of any government contract | | 22917 Pacific Coast Hwy, Ste 300 Malibu, CA 90265 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends March 2022 | Article Third Trust c/o Mr. Allan Scherer |
| | List the contract number of any government contract | | 232 West Indies Drive Palm Beach, FL 33480 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | ends July 2018 | Eugene Muntean |
| | List the contract number of any government contract | | PO Box 213 Big Bear City, CA 92314 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends May 2023 | GRIT PS Asset Management |
| | List the contract number of any government contract | | 201 N. Palm Canyon Drive, Ste 250 Palm Springs, CA 92262 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends March 2022 | James S Maslon |
| | List the contract number of any government contract | | 5517 Ocean Front Walk Marina Del Rey, CA 90292 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | ends Dec 2020 | Kinnear Davidson Investments |
| | List the contract number of any | | 817 East Yanonali Street Santa Barbara, CA 93103 |

Debtor 1 __HEAVENLY COUTURE, INC.__                                    Case number (if known) _____
       First Name     Middle Name     Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
| | State the term remaining | Ends May 2020 | |
| | List the contract number of any government contract | | LST Investments<br>93 Rivo Alto Canal<br>Long Beach, CA 90803 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
| | State the term remaining | ends April 2027 | Mx3 Ventures, LLC<br>Attn. Sebastian Moshayedi<br>2505 W Coast Highway, Ste 201 |
| | List the contract number of any government contract | | Newport Beach, CA 92663 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
| | State the term remaining | ends Oct 2022 | P Neary LLC<br>c/o Redtree Partners LP<br>1362 Pacific Avenue |
| | List the contract number of any government contract | | Santa Cruz, CA 95060 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
| | State the term remaining | ends March 2019 | |
| | List the contract number of any government contract | | Palm Corner Associates<br>121 S. Palm Canyon Drive, Ste 216<br>Palm Springs, CA 92262 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
| | State the term remaining | ends Oct 2020 | Pref Bridge Works, LLC<br>c/o Kidder Matthews<br>12230 El Camino Real, 4th Floor |
| | List the contract number of any government contract | | San Diego, CA 92130 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | Realonomics Corporation<br>2816 East Coast Highway, Ste 1<br>Corona Del Mar, CA 92625 |

Debtor 1 __HEAVENLY COUTURE, INC.__                    Case number (if known) _____
          First Name       Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

### 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| State the term remaining | ends March 2019 | |
| List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends April 2021 | Rick Franks<br>Frank & Associates<br>128 Avenida Del Mar #2A<br>San Clemente, CA 92672 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends July 2023 | Riddle & Ross Trust Account<br>1413 North Sepulveda Blvd<br>Manhattan Beach, CA 90266 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends June 2023 | ROSA 1025 Prospect Limited Partners<br>c/o Trigild<br>9339 Genesee Avenue, Ste 130<br>San Diego, CA 92121 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | | The Colonnade on El Paseo, LP<br>c/o Aflalo<br>333 S. Beverly drive, Ste 205<br>Beverly Hills, CA 90212 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease on retail location. | |
|---|---|---|---|
| | State the term remaining | Ends July 2025 | Warden Building- San Luis Obispo LP<br>c/o Rossi Enterprises<br>750 Pisma Street<br>San Luis Obispo, CA 93401 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 200 Main Street LLC | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.2 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 230 East 7th Street Associates | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 230 East 7th Street Associates | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 34 East Colorado LLC | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Allen C. Weiss | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor  **HEAVENLY COUTURE, INC.**                           Case number (if known) _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                   Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm.<br>Equities LLC | ▮ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm.<br>Equities, LLC | ▮ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Article Third Trust | ▮ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Colonial Suites, Inc. | ☐ D ____<br>▮ E/F __3.29__<br>☐ G ____ |
| 2.10 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | DH Investors LLC | ▮ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Eugene Muntean | ☐ D ____<br>▮ E/F __3.40__<br>☐ G ____ |
| 2.12 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | FM Catalina, LLC | ▮ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Gorbrand Lafayette<br>LLC | ▮ D __2.10__<br>☐ E/F ____<br>☐ G ____ |

Debtor **HEAVENLY COUTURE, INC.** _____  Case number _(if known)_ _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**
_Column 1: Codebtor_                                             _Column 2: Creditor_

| 2.14 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | GRIT PS Asset<br>Management | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.15 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | International Delivery<br>Solutions LL | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | James S Maslon | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Kinnear Davidson<br>Investments | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | LST Investments | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Nevell Group Inc. | ☐ D ____<br>■ E/F __3.81__<br>☐ G ____ |
| 2.20 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | P Neary LLC | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Palm Corner<br>Associates | ☐ D ____<br>■ E/F __3.86__<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **HEAVENLY COUTURE, INC.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                    Column 2: Creditor

| 2.22 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Pref Bridge Works, LLC | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Realonomics Corporation | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | RGSF Granada Building, LLC | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Rick Franks | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Riddle & Ross Trust Account | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | ROSA 1025 Prospect Limited Partners | ■ D __2.23__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | The Colonnade on El Paseo, LP | ☐ D ____<br>■ E/F __3.109__<br>☐ G ____ |
| 2.29 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Warden Building-San Luis Obispo LP | ■ D __2.24__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **HEAVENLY COUTURE, INC.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.30 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Westminster Mall, LLC | ■ D __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Westwood Partners, LLC | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | 200 Main Street LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |
| 2.33 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | 34 East Colorado LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |
| 2.34 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Allen C. Weiss | ☐ D ____<br>☐ E/F ____<br>■ G __2.3__ |
| 2.35 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm. Equities LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.4__ |
| 2.36 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm. Equities, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.5__ |
| 2.37 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Article Third Trust | ☐ D ____<br>☐ E/F ____<br>■ G __2.6__ |

Debtor   **HEAVENLY COUTURE, INC.**                                   Case number (if known) _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                              Column 2: Creditor

| 2.38 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Eugene Muntean | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.39 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | GRIT PS Asset<br>Management | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.40 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | James S Maslon | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |
| 2.41 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Kinnear Davidson<br>Investments | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |
| 2.42 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | LST Investments | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.43 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Mx3 Ventures, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.44 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | P Neary LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.13__ |
| 2.45 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Palm Corner<br>Associates | ☐ D _____<br>☐ E/F _____<br>■ G __2.14__ |

Official Form 206H                              Schedule H: Your Codebtors                          Page 6 of 10
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **HEAVENLY COUTURE, INC.** | Case number *(if known)* | |
|---|---|---|---|

▐ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.46 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Pref Bridge Works,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.15___ |
| 2.47 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Realonomics<br>Corporation | ☐ D _____<br>☐ E/F _____<br>■ G ___2.16___ |
| 2.48 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Rick Franks | ☐ D _____<br>☐ E/F _____<br>■ G ___2.17___ |
| 2.49 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Riddle & Ross Trust<br>Account | ☐ D _____<br>☐ E/F _____<br>■ G ___2.18___ |
| 2.50 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | ROSA 1025 Prospect<br>Limited Partners | ☐ D _____<br>☐ E/F _____<br>■ G ___2.19___ |
| 2.51 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | The Colonnade on El<br>Paseo, LP | ☐ D _____<br>☐ E/F _____<br>■ G ___2.20___ |
| 2.52 | Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | Warden Building-<br>San Luis Obispo LP | ☐ D _____<br>☐ E/F _____<br>■ G ___2.21___ |
| 2.53 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 200 Main Street LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

Debtor __HEAVENLY COUTURE, INC._____     Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                      Column 2: Creditor

| 2.54 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | 34 East Colorado<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
|---|---|---|---|---|
| 2.55 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Allen C. Weiss | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |
| 2.56 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm.<br>Equities LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |
| 2.57 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | American Comm.<br>Equities, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.58 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Article Third Trust | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.59 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Eugene Muntean | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.60 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | GRIT PS Asset<br>Management | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.61 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | James S Maslon | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |

Debtor  **HEAVENLY COUTURE, INC.**                              Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                        *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.62 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Kinnear Davidson<br>Investments | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.10**___ |
| 2.63 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | LST Investments | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.11**___ |
| 2.64 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | P Neary LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.13**___ |
| 2.65 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Palm Corner<br>Associates | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.14**___ |
| 2.66 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Pref Bridge Works,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.15**___ |
| 2.67 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Realonomics<br>Corporation | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.16**___ |
| 2.68 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Rick Franks | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.17**___ |
| 2.69 | Justin Ha | 2 Sunrise<br>Newport Coast, CA 92657 | Riddle & Ross Trust<br>Account | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.18**___ |

---

| Debtor | **HEAVENLY COUTURE, INC.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| 2.70  **Justin Ha** | **2 Sunrise**<br>**Newport Coast, CA 92657** | **ROSA 1025 Prospect**<br>**Limited Partners** | ☐ D _____<br>☐ E/F _____<br>■ G  __2.19__ |
| 2.71  **Justin Ha** | **2 Sunrise**<br>**Newport Coast, CA 92657** | **The Colonnade on El**<br>**Paseo, LP** | ☐ D _____<br>☐ E/F _____<br>■ G  __2.20__ |
| 2.72  **Justin Ha** | **2 Sunrise**<br>**Newport Coast, CA 92657** | **Warden Building-**<br>**San Luis Obispo LP** | ☐ D _____<br>☐ E/F _____<br>■ G  __2.21__ |

Fill in this information to identify the case:

Debtor name **HEAVENLY COUTURE, INC.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1.    Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other  **Operating a Business (estimated amount)** | **$2,500,000.00** |
| **For prior year:**<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | **$11,545,430.50** |
| **For year before that:**<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | **$14,135,079.20** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor **HEAVENLY COUTURE, INC.**                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   (Attachment Included) | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Justin Ha<br>2 Sunrise<br>Newport Coast, CA 92657<br>President | (details<br>attached) | $0.00 | Loan repayment |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Carly Heck v. Heavenly Couture, Inc.<br>17-CV-00168-CAB-NLS | Employment/Wage & hourly case | US District Court - CDCA<br>411 W. Fourth Street<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   Ma v. Heavenly Couture, Inc.<br>17-wcsc-00618 | Small Claims | Superior Court of California - LA County<br>West Covina | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **HEAVENLY COUTURE, INC.**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Carly Heck v. Heavenly Couture, Inc.<br>01-17-0007-2846 | Arbitration / Mediation | JAMS / American Arbitration Assoc. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Living Hope Community Church | donation | April 2016 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Good News Chapel | Donation | April 2017 | $2,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | Kafhi Missionary Ministry | Donation | Sept 2016 | $1,500.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Routine retail losses from "Shrinkage" (e.g., shoplifting, etc). | none. | annual | Unknown |

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**



| Debtor | **HEAVENLY COUTURE, INC.** | Case number (if known) |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | M. Jones & Associates, PC<br>505 N Tustin Ave, Ste 105<br>Santa Ana, CA 92705 | **Attorney Fees** | **May 2017** | **$35,000.00** |
| | Email or website address<br>mike@MJonesOC.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **HEAVENLY COUTURE, INC.** _____    Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Email addresses from client** _____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or Instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **(Details attached)** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **(Details attached)** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **HEAVENLY COUTURE, INC.** _____    Case number (if known) _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

Debtor    **HEAVENLY COUTURE, INC.** _____    Case number *(if known)* _____

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Belle Jean**<br>**21671 Gateway Center Drive # 109**<br>**Diamond Bar, CA 91765** | **c. 2014 - c. Oct. 2017** |
| 26a.2. | **Jeremy Tan**<br>**1994 Arriba Drive**<br>**Monterey Park, CA 91754** | **c. Oct 2017 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Belle Jean**<br>**21671 Gateway Center Drive # 109**<br>**Diamond Bar, CA 91765** | **c. 2014 - Oct 2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Wells Fargo Bank, NA**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **RGIS** | **October 2016** | **unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **Hannah Hong**<br>**5012 East 2nd Street**<br>**Long Beach, CA 90803** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.



Debtor   **HEAVENLY COUTURE, INC.** _____   Case number (if known) _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jiah Ha  (aka Justin Ha) | 2 Sunrise<br>Newport Coast, CA 92657 | President/CEO | 47.5 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jane Yoo | 2 Sunrise<br>Newport Coast, CA 92657 | COO | 47.5% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Sulynn Chee | 2034 Hanscom Dr.<br>South Pasadena, CA 91030 | Shareholder Only | 5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **HEAVENLY COUTURE, INC.** _____   Case number (if known) _____

---

**Part 14:   Signature and Declaration**

---

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 14, 2018**

_____   **Jiah Ha** _____
(Signature of individual signing on behalf of the debtor)   Printed name

Position or relationship to debtor   **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

## Payments to Insiders within 12 months

| Insider | Purpose | Date | Amount |
|---------|---------|------|--------|
| Justin Ha | Short-Term Loan Repayment | 6/15/2017 | $ 5,000.00 |
| Justin Ha | Short-Term Loan Repayment | 10/12/2017 | $18,000.00 |
| Justin Ha | Short-Term Loan Repayment | 11/15/2017 | $10,000.00 |
| Justin Ha | Short-Term Loan Repayment | 12/15/2017 | $12,124.25 |
| Justin Ha | Short-Term Loan Repayment | 1/3/2018 | $15,000.00 |
| Justin Ha | Short-Term Loan Repayment | 1/8/2018 | $16,000.00 |
| Justin Ha | Short-Term Loan Repayment | 1/9/2018 | $ 4,000.00 |

## Payments > $6400.00 within 90 days of filing

| Name | Amount |
|---|---|
| 200 Main Street LLC | $ 35,934.20 |
| 34 East Colorado LLC | $ 12,702.51 |
| 4551 Village Drive LLC | $ 23,749.02 |
| Allen C. Weiss c/o Burr White Realty | $ 7,877.28 |
| American Comm. Eq. Three, LLC [Ven] | $ 7,927.03 |
| American Comm. Equities, LLC [Larch] | $ 39,785.84 |
| American Comm. Equities, LLC [Studio] | $ 4,397.26 |
| Amtrust North America | $ 7,708.00 |
| Ana Accessories/Girly Accessories | $ 6,387.07 |
| Annabelle | $ 14,066.00 |
| Article Third Trust Allan D Scherer | $ 51,529.22 |
| Basix Apparel | $ 17,010.50 |
| Bear Dance | $ 12,597.00 |
| Bella & Company | $ 10,071.00 |
| Blue Planet | $ 13,295.40 |
| Cash | $ 35,000.00 |
| Castro Services | $ 7,700.00 |
| Cello Jeans | $ 6,765.00 |
| Chubb | $ 8,741.13 |
| Cielune, LLC | $ 6,617.50 |
| Colonial Suites, Inc. | $ 10,000.00 |
| Deborah LaShever | $ 28,257.85 |
| DH Investors LLC & Hartz Ave Holdings LLC | $ 19,467.56 |
| Double Zero, Inc. | $ 30,361.50 |
| Fashion River Co. LTD. | $ 6,996.00 |
| Fashion Stop | $ 17,551.00 |
| FavLux | $ 21,685.00 |
| Federal Express | $ 14,599.47 |
| Funkitribe, Inc. | $ 6,853.50 |
| G & S Off Price, Inc. | $ 16,482.00 |
| Hem & Thread | $ 6,834.00 |
| Honey Punch | $ 8,994.00 |
| HYFVE | $ 19,743.75 |
| James S. Maslon | $ 15,963.16 |
| Justin Ha | $ 20,000.00 |
| Kay Fashion | $ 13,349.50 |
| Kinnear Davidson Investments | $ 23,234.56 |
| KKGM, Inc. | $ 10,267.50 |
| Love Riche | $ 9,295.00 |
| Love Tree Fashion, Inc. | $ 14,121.00 |
| LST Investments | $ 17,096.96 |
| Lucent Product, Inc. | $ 8,068.34 |
| Lumiere | $ 14,082.30 |

| | |
|---|---|
| MV Sport | $ 11,951.04 |
| Mx3 Ventures, LLC | $ 17,287.25 |
| P Neary LLC | $ 10,090.90 |
| Palm Corner Associates | $ 15,838.19 |
| Paper Crane | $ 18,258.00 |
| Paylocity | $ 9,471.77 |
| Plaza Mercado, LLC | $ 18,384.48 |
| PREF Bridgeworks LLC | $ 25,307.58 |
| Realonomics Corporation | $ 36,237.50 |
| Rick Franks | $ 26,232.12 |
| Riddle & Ross, Inc. | $ 12,323.00 |
| Romeo & Juliet Couture | $ 12,307.50 |
| ROSA 1025 Prospect Limited Partnership | $ 39,053.13 |
| State Board of Equilization | $162,432.75 |
| Southern California Edison | $ 6,479.88 |
| Symeli Inc. | $ 11,954.50 |
| Timing | $ 26,049.37 |
| Ultimate Offprice | $116,484.50 |
| Warden Building-San Luis Obispo, LP | $ 18,400.00 |
| Wells Fargo Bank N. A. | $ 9,151.69 |
| Wells Fargo Merchant | $ 34,268.72 |
| Amex -9008 | $365,000.00 |
| Amex -1008 | $ 7,000.00 |
| Citibank Mastercard -1876 | $ 19,176.74 |



## Bank Accounts Closed within 1 Year of Filing

| Bank Name | Date Closed | Account Type | Balance at Closing |
|---|---|---|---|
| Wells Fargo Bank | 1/30/2018 | Checking | $0.00 |
| Wells Fargo Bank | 12/31/2015 | Checking | $0.00 |
| Wells Fargo Bank | 8/29/2017 | Checking | $0.00 |
| Wells Fargo Bank | 8/29/2017 | Checking | $0.00 |
| Wells Fargo Bank | 1/30/2018 | Checking | $0.00 |
| Wells Fargo Bank | 1/30/2018 | Checking | $0.00 |
| Wells Fargo Bank | 1/30/2018 | Checking | $0.00 |
| Wells Fargo Bank | 1/12/2018 | Checking | $0.00 |
| Wells Fargo Bank | 5/24/2017 | Checking | $0.00 |
| Bank of America | 7/6/2017 | Checking | $0.00 |
| Bank of America | 7/6/2017 | Checking | $0.00 |
| Citi Bank | Jan-18 | Checking | $0.00 |



B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **HEAVENLY COUTURE, INC.**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .............................................................  $  __(Fee Application)__

    Prior to the filing of this statement I have received .............................................  $  __35,000.00__

    Balance Due ..............................................................................................................  $  __(Fee Application)__

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
       reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
       522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 11, 2018**
_____
Date

_____
**Michael Jones**
*Signature of Attorney*
**M. Jones & Associates, PC**
**505 N Tustin Ave, Ste 105**
**Santa Ana, CA 92705**
**714-795-2346   Fax: 888-341-5213**
**mike@MJonesOC.com**
*Name of law firm*



| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael Jones**<br>**505 N Tustin Ave, Ste 105**<br>**Santa Ana, CA 92705**<br>**714-795-2346 Fax: 888-341-5213**<br>**California State Bar Number: 271574 CA**<br>mike@MJonesOC.com<br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**HEAVENLY COUTURE, INC.**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __19__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 14, 2018**  _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable) */s/*

Date: **May 14, 2018**  _____

*Michael Jones*
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

HEAVENLY COUTURE, INC.
5012 E 2nd St
Long Beach, CA 90803


Michael Jones
M. Jones & Associates, PC
505 N Tustin Ave, Ste 105
Santa Ana, CA 92705


2.7 August Apparel
3775 Broadway Place
Los Angeles, CA 90007


200 Main Street LLC
Attn. Robert Koury
200 Main Street, Ste 206
Huntington Beach, CA 92648


230 East 7th Street Associates
c/o The Cohen's Organization
Miami, FL 33127


34 East Colorado LLC
16367 Colegio Drive
Hacienda Heights, CA 91745


Access Headwear
13758 Amarillo Ave.
Chino, CA 91710


Allen C. Weiss
205 N. Stephanie Street, #189
Henderson, NV 89074

American Comm. Equities LLC
22917 Pacific Coast Hwy, Ste 300
Malibu, CA 90265

American Comm. Equities, LLC
22917 Pacific Coast Hwy, Ste 300
Malibu, CA 90265

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

American Express
Customer Care
PO Box 901535
El Paso, TX 79998-1535

Ana Accessories/Girly Accessories
940 Crocker Street, #101
Los Angeles, CA 90021

Andrea Bijoux
1001 S. Crocker Street, Unit #08
Los Angeles, CA 90021

Annabelle
800 E. 12th Street, # 133
Los Angeles, CA 90021

Article Third Trust
c/o Mr. Allan Scherer
232 West Indies Drive
Palm Beach, FL 33480

Audrey 3+1
1100 S. San Pedro N-07
Los Angeles, CA 90015


Avital
1145 S. Wall Street, # A
Los Angeles, CA 90015


Banjul Inc.
1001 S. Towne Ave., Suite 109
Los Angeles, CA 90021


Basix of America LLC
2778 NW 31st Avenue
Lauderdale Lakes, FL 33311


Bay Cities Refuse
2525 Garden Tract Road
Richmond, CA 94801


Be Cool Manufacture
1016 S. Towne Ave #116
Los Angeles, CA 90021


Bear Dance
807 E. 12th Street #117
Los Angeles, CA 90021


Bella & Company
810 E. Pico Blvd., Suite 303
Los Angeles, CA 90021

Brandon Off Price
1418 S Main Street
Los Angeles, CA 90015


C. Luce
1016 S. Towne Ave. #108
Los Angeles, CA 90021


California State Board of Equilization
P.O. Box 942879
Sacramento, CA 94279-0001


California State Board of Equilization
P.O. Box 25111
Santa Ana, CA 92799-5111


Celebrity Pink
792 E. 12th Street
Los Angeles, CA 90021


Chloah
777 E. 10th St., # 105
Los Angeles, CA 90021


Citibank
701 E. 60th Street N
Sioux Falls, SD 57104


CitiBusiness
PO Box 790046
Saint Louis, MO 63179

City of Key West
P.O. Box 1409
Key West, FL 33041


City of Newport Beach
P.O. Box 4923
Whittier, CA 90607


City of Redondo Beach
File 50671
Los Angeles, CA 90074-0671


City of Santa Barbara
P.O. Box 1990
Santa Barbara, CA 93102-1990


Clothing by Frenzii d
905 S. Mateo Street, Unit C
Los Angeles, CA 90021


Colonial Suites, Inc.
45 NW 21st
Miami, FL 33127


Corner 123
1436 S. Main St. #7
Los Angeles, CA 90015


County of Alameda, Wts. & Measures
224 West Winton Avenue, Room 184
Hayward, CA 94544



Cozy Casual
800 E. 12th Street. STE #146
Los Angeles, CA 90021


Dash Clothing
1384 Broadway #1209
New York, NY 10018


Deborah LaShever
203 Market Street
Santa Cruz, CA 95060


DH Investors LLC
c/o Castle Companies
12885 Alcosta Blvd, Ste A
San Ramon, CA 94583


Do & Be
1016 S. Towne Avenue, #101
Los Angeles, CA 90021


Double Zero, Inc.
1015 S. Crocker St., #Q-28
Los Angeles, CA 90021


DPM Fragrance
P.O. Box 6445
Carol Stream, IL 60197


Edge Realty Partners Austin LLC
515 Congress Avenue, Suite 2325
Austin, TX 78701



Emory Park
1169 Crocker St
Los Angeles, CA 90021

Etophe Studios
1165 1/5 Crocker Street
Los Angeles, CA 90021

Eugene Muntean
PO Box 213
Big Bear City, CA 92314

Event
750-1 E. 12th St.
Los Angeles, CA 90021

Fame Accessories
948 Crocker Street
Los Angeles, CA 90021

Fashion River Co. LTD.
499 Seventh Avenue, Floor 13S
New York, NY 10018

Fashion Stop
110 E. 15th Street
Los Angeles, CA 90015

Fashion Street
127 N. Stanley Drive
Beverly Hills, CA 90211

Fast Turn Wholesale
17709 East Valley Blvd.
City of Industry, CA 91744


FavLux
1015 S Crocker St., #Q-28
Los Angeles, CA 90021


FavLux
1015 S. Crocker St., #Q-28
Los Angeles, CA 90021


FM Catalina, LLC
1559 S. Sepulveda Blvd.
Los Angeles, CA 90025


FRNCH
999 S. Meridian Avenue
Alhambra, CA 91803


FV Eyewear, Inc.
425 S. Los Angeles St., Unit C
Los Angeles, CA 90013


G & S Off Price, Inc.
1424 S. Main Street
Los Angeles, CA 90015


Goldspark
1828 E 58th Place
Los Angeles, CA 90001

Gorbrand Lafayette LLC
c/o Domino Realty
9990 Santa Monica Blvd.
Beverly Hills, CA 90212

Green Banker LLC
398 Primrose Rd
Burlingame, CA 94010

GRIT PS Asset Management
201 N. Palm Canyon Drive, Ste 250
Palm Springs, CA 92262

HYFVE
1015 S. Crocker Street, #Q-28
Los Angeles, CA 90021

In & Out Fashion Wholesale
1413 S. Los Angeles
Los Angeles, CA 90015

International Delivery Solutions LL
PO Box 420
Oak Creek, WI 53154

Jackson Lewis LLP
58 South Service Road, Suite 250
Melville, NY 11747

James S Maslon
5517 Ocean Front Walk
Marina Del Rey, CA 90292

Jane Yoo
2 Sunrise
Newport Coast, CA 92657


Jiah Ha
2 Sunrise
Newport Coast, CA 92657


Joia Trading, Inc.
1020 South Crocker Street
Los Angeles, CA 90021


Jolie
1100 S. San Pedro St. #D3
Los Angeles, CA 90015


Justin Ha
2 Sunrise
Newport Coast, CA 92657


Kang's Enterprises, Inc.
3107 S. Newton Street, #47
Torrance, CA 90505


Kersh
107-8855 Laurel Street
Vancouver, BC Canada, V6P 3V9


Killer Deals Inc.
1005 E. 14th Street
Los Angeles, CA 90021

Kinnear Davidson Investments
817 East Yanonali Street
Santa Barbara, CA 93103


KKGM, Inc.
2390 E. 48th St.
Vernon, CA 90058


Koeun Printing
11754-C Artesia Boulevard
Artesia, CA 90701


Labijou dba Apparel Ave
1168 S. Crocker Street
Los Angeles, CA 90021


Le Lis
2939 Bandini Blvd.
Vernon, CA 90058


Lee, Hong. Degerman,
 Kang & Waimey
660 S. Figueroa Street, Suite 2300
Los Angeles, CA 90017


Lime N Chili
1029 Towne Avenue
Los Angeles, CA 90021


Love Tree Fashion, Inc.
1053 S. Towne Avenue
Los Angeles, CA 90021

LST Investments
93 Rivo Alto Canal
Long Beach, CA 90803


Lulumari
754 E. 12th St., #2
Los Angeles, CA 90021


Michel
727 E. Pico Blvd. #7
Los Angeles, CA 90021


Millibon
777 E. 10th Street #110
Los Angeles, CA 90021


Mod Ref
2078 Compton Ave.
Los Angeles, CA 90020


Monkey Ride Jeans
1001 Towne Avenue, # 111
Los Angeles, CA 90021


Mustard Seed
1016 S. Towne Avenue, #119
Los Angeles, CA 90021


MV Sport dba David Peyser Sportswear
88 Spence Street, PO Box 9171
Bay Shore, NY 11706

Mx3 Ventures, LLC
Attn. Sebastian Moshayedi
2505 W Coast Highway, Ste 201
Newport Beach, CA 92663

My Style by Celia
120 E. 14th Street
Los Angeles, CA 90013

Naked Zebra
1132 S. Crocker Street
Los Angeles, CA 90021

Nevell Group Inc.
c/o HPA Realty, Inc.
915 W Imperial Hwy, Ste 165
Brea, CA 92821

Newbury Kustom
1015 Crocker Street, # Q-06
Los Angeles, CA 90021

Nu Label dba Cotton Bleu
4383 Fruitland Ave.
Vernon, CA 90058, CA 90058

Olive Scent
1015 Crocker Street, R31
Los Angeles, CA 90021

One Way Fashion Inc.
1506 S. Main St.
Los Angeles, CA 90015

P Neary LLC
c/o Redtree Partners LP
1362 Pacific Avenue
Santa Cruz, CA 95060


Palm Corner Associates
121 S. Palm Canyon Drive, Ste 216
Palm Springs, CA 92262


Paper Crane
2050 E. 51st Street
Vernon, CA 90058, CA 90058


Peach Love Cream California
1015 S. Crocker St. #Q17
Los Angeles, CA 90021


Pink Martini Collection
2782A Dufferin Street
Toronto, ON M6B 3R7
Canada


Potter's Pot
1015 S. Crocker Street, #Q-1
Los Angeles, CA 90021


Precision Security
300 S. Lemon Crest Drive, Suite A
Walnut, CA 91789


Pref Bridge Works, LLC
c/o Kidder Matthews
12230 El Camino Real, 4th Floor
San Diego, CA 92130

Protection One
P.O. Box 219044
Kansas City, MO 64121-9044

Puzzles Enterprises
3022 S. Grand Avenue
Los Angeles, CA 90007

Realonomics Corporation
2816 East Coast Highway, Ste 1
Corona Del Mar, CA 92625

RGIS
P.O. Box 77631
Detroit, MI 48277

RGSF Granada Building, LLC
150 Post Street, Ste 320
San Francisco, CA 94108

Rick Franks
Frank & Associates
128 Avenida Del Mar #2A
San Clemente, CA 92672

Riddle & Ross Trust Account
1413 North Sepulveda Blvd
Manhattan Beach, CA 90266

ROSA 1025 Prospect Limited Partners
c/o Trigild
9339 Genesee Avenue, Ste 130
San Diego, CA 92121

Saachi
450 Barell Avenue
Carlstadt, NJ 07072


Secret Charm LLC
1433 E. Walnut Street
Los Angeles, CA 90011


Select Clothing Co., Inc.
320 E. 18th Street
Los Angeles, CA 90015


Sensemill Inc.
1458 S. San Pedro Street, # L46
Los Angeles, CA 90015


Shark Eyes Inc.
2110 East 25th Street
Vernon, CA 90058


SOB
1504 South Main Street
Los Angeles, CA 90015


Staples Bus Advntg
P.O. Box 83689
Chicago, IL 60696-3689


Star of India, Inc. dba Angie
P.O. Box 28330
Tempe, AZ 85285

Storia
1015 Crocker St., Unit S-08
3rd Floor
Los Angeles, CA 90021


Sub-Zero Inc.
6003 Peninsular Avenue, #5
Key West, FL 33040


Symeli Inc.
2648 Chico Ave., S
El Monte, CA 91733


Tasha, Inc.
1521 South Los Angeles Street #A
Los Angeles, CA 90015


TCEC
1016 S. Towne Ave. #108
Los Angeles, CA 90021


The Colonnade on El Paseo, LP
c/o Aflalo
333 S. Beverly drive, Ste 205
Beverly Hills, CA 90212


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


The Pack America
3848 Del Amo Blvd., Suite 322
Torrance, CA 90503

Timing
2809 S. Santa Fe Avenue
Vernon, CA 90058


Tres Bien
1016 Towne Ave. #113
Los Angeles, CA 90021


Tresics
5080 S. Alameda Street
Vernon, CA 90058


Ultimate Offprice
1615 East 15th Street
Los Angeles, CA 90021


Veriship
10000 College Blvd., Suite 235
Overland Park, KS 66210


Vertishop
2001 S. Santa Fe Avenue, Unit D
Los Angeles, CA 90021


Verty
777 E. 12th Street, #1-13
Los Angeles, CA 90021


Viola
807 E. 12th Street #102
Los Angeles, CA 90021

Warden Building- San Luis Obispo LP
c/o Rossi Enterprises
750 Pisma Street
San Luis Obispo, CA 93401

Wasabi + Mint
1015 Crocker St., #S-15
Los Angeles, CA 90021

Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104

Westminster Mall, LLC
PO Box 809038
Chicago, IL 60680-9038

Westwood Partners, LLC
c/o Domino Realty
9990 Santa Monica Blvd.
Beverly Hills, CA 90212

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Michael Jones**<br>**505 N Tustin Ave, Ste 105**<br>**Santa Ana, CA 92705**<br>**714-795-2346 Fax: 888-341-5213**<br>California State Bar Number: 271574 CA<br>mike@MJonesOC.com | FOR COURT USE ONLY |
| ◼ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>     **HEAVENLY COUTURE, INC.**<br><br>                                    Debtor(s),<br><br>                              Plaintiff(s),<br><br><br><br><br><br>                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Michael Jones**                                    , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
  ☐ I am the president or other officer or an authorized agent of the Debtor corporation
  ☐ I am a party to an adversary proceeding
  ☐ I am a party to a contested matter
  ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
  class of the corporation's(s') equity interests:
  *[For additional names, attach an addendum to this form.]*

  b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**May 14, 2018**                                    By:    _Michael Jones_
Date                                                          (Signature of Debtor,)or attorney for Debtor

                                                   Name:    **Michael Jones**
                                                          Printed name of Debtor, or attorney for
                                                          Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 1007-4.CORP.OWNERSHIP.STMT**