1  Peter C. Anderson
   United States Trustee
2  Frank Cadigan (Bar No. 95666)
   Assistant United States Trustee
3  411 West Fourth Street, Suite 7160
   Santa Ana, Ca 92701-8000
4  Telephone: (714) 338-3400
   Facsimile: (714) 338-3421
5  Email: Frank.Cadigan@Usdoj.Gov

6

7                           UNITED STATES BANKRUPTCY COURT

8                  CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

9
   In re:                                          CASE NUMBER:  8:18-bk-11756-TA
10
   Heavenly Couture, Inc,                          CHAPTER 11
11
                                                   APPOINTMENT AND NOTICE OF APPOINTMENT
12                                                 OF COMMITTEE OF UNSECURED CREDITORS
                        Debtor.
13

14

15

16      **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE,
   DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**
17
        Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following three
18
   members to serve on a Committee of Creditors holding unsecured claims.
19
                                    **SEE EXHIBIT "A" ATTACHED**
20

21
   Dated: June 5, 2018              Respectfully submitted,
22                                  PETER C. ANDERSON
                                    UNITED STATES TRUSTEE
23
                                    */s/ Frank Cadigan*
24                                  Frank Cadigan
                                    Assistant United States Trustee
25

26

27

28

1  In re:  Heavenly Couture, Inc.
2  Case no. 8:18-11756-TA

3  230 East 17th Street Associates
   Attn:  Joseph Cohen
4  45 NW 21st Street
   Miami, FL  33127
5  Tel:  305-532-6992

6
   Corner 123 and Up
7  Attn:  Elad Sisso
   1436 S. Main St., #7
8  Los Angeles, CA  90015
   Tel:  323-627-6056
9

10
   Yu Jeong Kim
11 777 E. 10th St., #110
   Los Angeles, CA  90024
12 Tel:  213-700-7186

13

14

15

16

17

18

19

20

21

22

23

24

25                              EXHIBIT A

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 w. 4TH Street, #7160, Santa Ana, CA  92701

A true and correct copy of will APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5, 2018, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Hauser     michael.hauser@usdoj.gov
- Michael Jones     mike@mjthelawyer.com, 2651971420@filings.docketbird.com
- Douglas A Plazak     dplazak@rhlaw.com
- Allan D Sarver     ADS@asarverlaw.com
- Sara Tidd     sara@mjonesandassociates.com, michaeljonesmyecfmail@gmail.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On June 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Heavenly Couture, Inc.
Attn:  Jiah Ha, President
252 Forest Ave
Laguna Beach, CA 92651

SEE "EXHIBIT A"

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2018**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert- bin on the fifth fl.

I, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2018 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**